UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-mj-256 |
| vs. | ) | |
| | ) | |
| BRITTANY M. DUGGER | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on December 14, 2009, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Mel Schwing for the USA.
(2) The defendant, Brittany M. Dugger.
(3) Attorney Paul Bergmann for defendant.
(4) U.S. Supervising Probation Officer David Croft.
(5) Courtroom Deputy Kelli Jones.

The defendant was advised of the allegations contained in the Petition for Action on Conditions of Pretrial Release.

The Petition for Action on Conditions of Pretrial Release alleges the defendant may have violated the conditions of her release by failing several drug screens. The defendant entered a plea of guilty to the underlying misdemeanor offense and the Court has sentenced the defendant for the underlying offense. The Court will therefore DISMISS the Petition for Action on Conditions of Pretrial Release and WITHDRAW the warrant for arrest since she is presently in custody for a period of twenty-one days on the underlying offense.

SO ORDERED.

ENTER.

Dated: December 14, 2009        s/William B. Mitchell Carter
                                UNITED STATES MAGISTRATE JUDGE